AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

LOVE HOLLOWAY,

    Plaintiff,

V.

PETER BALDONADO, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: CV-S-05-0370-JCM (RJJ)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff's motion to remand (#8) is granted and action is remanded to Clark County District Court.



August 29, 2005
Date

LANCE S. W...
Clerk

MICHAEL J...
(By) Deputy Clerk

29